**IT IS ORDERED as set forth below:**

**Date: August 11, 2009**

_____
**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| ANDY DONOVAN TURNER, | : | CASE NO. 09-42570-MGD |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| WELLS FARGO AUTO FINANCE | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDY DONOVAN TURNER, Debtor; | : | CONTESTED MATTER |
| and THOMAS D. RICHARDSON, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing <u>August 5, 2009</u> on the Motion for Relief From

Automatic Stay filed by Wells Fargo Auto Finance (the "Movant").  Movant has a claim based on its interest in a lease agreement and a leased vehicle, to wit: 2008 Nissan Altima (the "Collateral").  Movant, by counsel, has filed a Certificate of Service certifying proper service of the Motion.  Neither Debtor, nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 be vacated insofar as it would restrain the Movant from enforcing its rights to the 2008 Nissan Altima automobile which it leased to Debtor under the terms of a certain Lease Agreement and that Rule 4001(a)(3) is hereby waived.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN & GLEASON, P.C.
Attorneys for Movant


By:      /s/ Philip L. Rubin
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Andy Donovan Turner
273 Independence Avenue
Dallas, GA  30132

Brian R. Cahn
5 S. Public Square
Cartersville, GA 30120

Thomas D. Richardson
Chapter 7 Trustee
Brinson, Askew, Berry, et.al.
P.O. Box 5007
Rome, GA 30162